UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WOLFGANG VIERICH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MGM GRAND HOTEL, LLC, *et al.*, <br><br> Defendants. | Case No. 2:11-CV-01623-KJD-CWH <br><br> **ORDER** |

    On November 1, 2012, the Court issued and Order (#40) dismissing this action. The Court gave Plaintiffs leave to file a motion to amend, and stated that "[i]f such a motion is not filed within 7 days from the date of this Order, then this action will be dismissed with prejudice."

    Plaintiffs have not filed a motion to amend. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED with Prejudice.

    DATED this 14th day of November 2012.

                                                        _____ <br>
                                                        Kent J. Dawson <br>
                                                        United States District Judge